# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | ST40 |
| Violation Number | 6253887 |
| Officer Name (Print) | Armando A. Perez |
| Officer No. | 4663 |

6253887

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 07/15/2019 08:09 | 38 CFR 1.218(b)11 |

Place of Offense: 901 E. Hackberry Ave. McAllen, TX 78503 MCOPC Main Entrance

Offense Description: Factual Basis for Charge    HAZMAT ☐

Disorderly conduct loud, boisterous, and unusual noise which impedes or prevents the normal operation of a facility

### DEFENDANT INFORMATION

Phone: (███)

| Last Name | First Name | M.I. |
|---|---|---|
| Troche | Julien | L. |

Street Address: ███
City: McA███
DOB: ███969
Drivers License No.: ███
Social Security No.: ███

☒ Adult ☐ Juvenile    Sex ☒ Male ☐ Female

Hair: | Eyes: | Height: | Weight:

**VEHICLE** VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 150⁰⁰ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 180⁰⁰ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:    Date (mm/dd/yyyy):    Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature    NOT PRESENT TO SIGN

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 09/18/2019 14:11

---

M19-po-0354

United States District Court
Southern District Of Texas
FILED
NOV 19 2019
David J. Bradley, Clerk

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on July 15, 20 19 while exercising law enforcement officer in the Southern District of T...

*RE STATEMENT ATTACHED*

The foregoing statement is based upon:
○ my personal observation    ○ my personal inve...
○ information supplied to me from my fellow officer's obse...
○ other (explain above)

I declare under penalty of perjury that the information which I have set fo... the face of this violation notice is true and correct to the best of my kno...

Executed on: 07/15/2019    [Officer's Signature]
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger v
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

Violation Number: 6253887                                  Location Code: ST-40

I state that on July 15, 2019 while exercising my duties as a law enforcement officer in the Southern District of Texas, at approximately 08:09 hours, I, Officer Armando A. PEREZ (4663), while conducting a stationary post near the main entrance, heard a patient say in loud and aggressive tone of voice, "Don't call me a ma'am! I'm a fucking sir!"

As I approached the main entrance I observed flagged patient Julien L. TROCHE #7639, walking towards the main doors leaving the facility. I observed Patient Advocate Lee FOSTER say to him, "I'm sorry sir." I then observed the patient walk back towards FOSTER pointing at him stating, "Do you want a law suit against you?!" "All I ever see you doing is standing around!" I then proceeded to make my presence known to the patient by taking a stationary post between FOSTER and the patient. I decided not to speak with the patient due to my previous knowledge of the patient's aggressive behavior when misidentified as a female, and also due to him having an apparent dislike of law enforcement. The patient then stated to me, "You're on his side! You guys are all on the same side, good ole boys!"

After conducting my investigation and due to the patient's previous history of disruptive behavior in the facility, I concluded to issue the patient a United States District Court Violation under VA Regulations 38 CFR 1.218(b) Schedule of Offenses and Penalties (11) Disorderly Conduct which creates loud, boisterous, and unusual noise which tends to impede or prevent the normal operation of a facility.

The foregoing statement is based upon:

[X] my personal observation          [X] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[X] other (explain above)

I declare under the penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __07/15/2019__                    _____
             Date (mm/dd/yyyy)                        Officer's Signature

Probable Cause has been stated for the issuance of a warrant.

Executed on: _____

             Date (mm/dd/yyyy)                        U.S. Magistrate Judge